```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 07 B 07197
    CHARLOTTE A NORMAN
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-9435

--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 04/20/2007 and was confirmed 07/09/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 12/10/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
AMERICAS SERVICING COMPA  CURRENT MORTG         .00            .00           .00
AT&T BROADBAND            UNSEC W/INTER   NOT FILED            .00           .00
DELL FINANCIAL SERVICES   UNSEC W/INTER      1435.12           .00           .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER       903.19           .00           .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE      1087.60           .00       1087.60
DELL FINANCIAL SERVICES   SECURED             200.00           .00         22.24
BENNIE W FERNANDEZ        DEBTOR ATTY       2,623.00                        .00
TOM VAUGHN                TRUSTEE                                          82.25
DEBTOR REFUND             REFUND                                            .00

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   1,192.09

PRIORITY                                               .00
SECURED                                           1,109.84
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                 82.25
DEBTOR REFUND                                          .00
                        ---------------       ---------------
TOTALS                    1,192.09                1,192.09
```

              PAGE   1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 07197 CHARLOTTE A NORMAN

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/26/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |